McELRATH v. INSURANCE CO.

No. 115 PC.

Case below: 13 N.C. App. 211.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 March 1972.

SECURITY MILLS v. TRUST CO.

No. 7 PC.

Case below: 13 N.C. App. 332.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 7 March 1972.

STATE v. BALDWIN

No. 2 PC.

Case below: 13 N.C. App. 257.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 March 1972.

STATE v. BALDWIN

No. 11 PC.

Case below: 13 N.C. App. 232.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 March 1972.

STATE v. BERRY

No. 33.

Case below: 13 N.C. App. 310.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 March 1972. Appeal dismissed ex mero motu for lack of substantial constitutional question 7 March 1972.